# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KEVIN MCAVENIA | ) | Case No.  1:22-MJ-92 |
| | ) | |
| | ) | **UNDER SEAL** |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 2021 - January 2022___ in the city/county of ___Arlington___ in the ___Eastern___ District of ___Virginia___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt of child pornography. |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

___SAUSA Rachel Rothberg___
*Printed name and title*

*Derek Goguen*
*Complainant's signature*

___Derek J. Goguen, FBI Special Agent___
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

___telephone___ *(specify reliable electronic means)*.

Date:  ___4/19/2022___

_____
*Judge's signature*

City and state:  ___Alexandria, VA___

___The Hon. John F. Anderson, U.S. Magistrate Judge___
*Printed name and title*