# Criminal Case Cover Sheet

**U.S. District Court**

**FILED:** REDACTED

**Place of Offense:** ☒ **Under Seal**

- City: Arlington
- County:

Superseding Indictment:
Same Defendant:
Magistrate Judge Case No.: 1:22-MJ-92
Search Warrant Case No.:

**Judge Assigned:**
**Criminal No.**
New Defendant: X
**Arraignment Date:**
R. 20/R. 40 From:

## Defendant Information:

- **Defendant Name:** KEVIN MCAVENIA
- Alias(es):
- ☐ Juvenile  FBI No.:
- **Address:** Arlington, VA 22204
- Employment:
- **Birth Date:** XX/XX/1987  **SSN:** XXX-XX-5327  **Sex:** Male  Race: White  Nationality: USA
- **Place of Birth:** Trenton, NJ  Height: 6'4"  Weight: 275 lbs  Hair: Blonde  Eyes: Blue  Scars/Tattoos: Chest - Biohazard
- ☐ Interpreter  Language/Dialect:  Auto Description:

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of:       in:
- ☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody
- ☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested
- ☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

## Defense Counsel Information:

- Name:        ☐ Court Appointed    Counsel Conflicts:
- Address:     ☐ Retained
- Phone:       ☐ Public Defender    ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Rachel Rothberg    **Phone:** 703-299-3737    Bar No.:

## Complainant Agency - Address & Phone No. or Person & Title:

Derek J. Goguen, Federal Bureau of Investigation Special Agent

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 2252(a)(2) | Receipt of child pornography | 1 | Felony |
| Set 2: | | | | |

**Date:** 4/18/2022    **AUSA Signature:** *Rachel L. Rothberg*    *may be continued on reverse*