AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

RECEIVED

2022 APR 20 P 1:11

| United States of America | ) |
|---|---|
| v. | ) |
| KEVIN MCAVENIA | ) Case No.  1:22-MJ-92 |
|  | ) |
|  | ) **UNDER SEAL** |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KEVIN MCAVENIA ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Receipt of child pornography in violation of 18 U.S.C. § 2252(a)(2).

Date: 04/19/2022

John F. Anderson
Digitally signed by John F. Anderson
Date: 2022.04.19 15:17:45 -04'00'

*Issuing officer's signature*

City and state:   Alexandria, Virginia

The Honorable John F. Anderson, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/19/2022, and the person was arrested on *(date)* 4/20/2022
at *(city and state)* Alexandria, VA

Date: 4/20/2022

*Arresting officer's signature*

Derek J. Goguen - Special Agent
*Printed name and title*