# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

FILED
APR 20 2022

| United States of America | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. |
| Kevin McAvenia | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kevin McAvenia

Date: 04/20/2022

*[signature]*
*Attorney's signature*

G. "Rex" Flynn, Jr. - 78489
*Printed name and bar number*

2111 Wilson Boulevard, Suite 700-F
Arlington, VA 22201
*Address*

rex.flynn@flynnpllc.com
*E-mail address*

(703) 310-7624
*Telephone number*

(703) 310-7625
*FAX number*