TYPE OF HEARING: R5-COMP
CASE NUMBER: 22-mj-92
MAGISTRATE JUDGE: John F. Anderson
DATE: 4/20/22
TIME: 2 PM
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Kevin McAvenia

GOVT. ATTY: Rachel Rotnberg

DEFT'S ATTY: Rex Flynn

DUTY AFPD: _____

INTERPRETER/LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (X)
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. (X)

Gov't is seeking detention - GRANTED - pending PH/DH.

BOND: Deft remanded.

NEXT COURT APPEARANCE: 4/21/22   TIME 2PM
PH/DH - IDD

5 min