TYPE OF HEARING: PH | DH
CASE NUMBER: 22mj92
MAGISTRATE JUDGE: Ivan D. Davis
DATE: 4|21|22
TIME: 2PM

EASTERN DISTRICT OF VIRGINIA          TAPE: <u>FTR RECORDER</u>

UNITED STATES OF AMERICA

VS.

<u>Kevin Mcavenia</u>

GOVT. ATTY <u>Rachel Rothberg</u>

DEFT'S ATTY <u>Rex Flynn</u>

DUTY AFPD: _____

INTERPRETER/LANGUAGE_____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (  )
DEFT CONSENTS TO PROCEED WITH VTC (   )
COURT TO APPOINT COUNSEL (  ) FPD ( ) CJA ( ) Conflict List ( )

The parties stipulate to PC —
Court finds PC. Matter cont'd
for further proceedings before
the Grand Jury.

BOND  Gov't is seeking detention —
Deft argues for release with conditions —
granted. Deft remanded to the
custody of the USMS until all
conditions are met.

8 min.