IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| - v. - | Case No: 1:22-MJ-92 |
| KEVIN MCAVENIA, | |
| *Defendant.* | |

## ORDER TO MODIFY CONDITIONS OF BOND

**THIS MATTER,** having come to the Court's attention on the Unopposed Motion to Modify Conditions of Bond, and the Court having considered the motion, and being fully advised in this matter, hereby enters the following ORDER:

Defendant Kevin McAvenia's Conditions of Bond shall be modified as follows:

a. Mr. McAvenia's aunt, Janice McAvenia, has been vetted by the pretrial office in New Jersey as being suitable, and shall be added as a third-party custodian of Mr. McAvenia; and

b. Mr. McAvenia is permitted to possess an android smartphone, provided that computer monitoring software has been installed on that device. Mr. McAvenia will not tamper with, reverse engineer, or in any way circumvent the software installed on the phone. The cost of monitoring will be paid by Mr. McAvenia.

All other conditions of Bond as previously ordered by this Court remain unchanged.

    IT IS SO ORDERED:

Date: _____
    Alexandria, Virginia

_____
Digitally signed by Ivan D. Davis
Date: 2022.05.18 16:52:58 -04'00'

HON. IVAN DAVIS
UNITED STATES MAGISTRATE JUDGE