# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☐ Under Seal

**Judge Assigned:** Hon. Leonie M. Brinkema

City: Arlington
Superseding Indictment:
**Criminal No.** 1:22-CR-86

County:
Same Defendant: X
New Defendant:

Magistrate Judge Case No. 1:22-MJ-92
**Arraignment Date:**

Search Warrant Case No.
R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** KEVIN MCAVENIA
Alias(es):
☐ Juvenile   FBI No.

**Address:** Arlington, VA 22204

**Employment:**

**Birth Date:** XX/XX/1987   **SSN:** XXX-XX-5327   **Sex:** Male   **Race:** White   **Nationality:** USA

**Place of Birth:** Trenton, NJ   **Height:** 6'4"   **Weight:** 275 lbs   **Hair:** Blonde   **Eyes:** Blue   **Scars/Tattoos:** Chest - Biohazard

☐ Interpreter   **Language/Dialect:**   **Auto Description:**

## Location/Status:

**Arrest Date:** Apr 20, 2022   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☒ On Pretrial Release   ☐ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☒ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:** G. "Rex" Flynn, Jr.   ☐ Court Appointed   **Counsel Conflicts:**

**Address:** 2111 Wilson Boulevard, Suite 700-F, Arlington, VA 22201   ☒ Retained

**Phone:** 703-310-7624   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Rachel Rothberg   **Phone:** 703-299-3737   **Bar No.**

**Complainant Agency - Address & Phone No. or Person & Title:**

Derek J. Goguen, Federal Bureau of Investigation Special Agent

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 2252(a)(2) & (b)(1) | Receipt of child pornography. | 1 | Felony |
| Set 2: | 18 U.S.C. § 2252(a)(1) & (b)(1) | Transportation of child pornography | 1 | Felony |

**Date:** 5/31/2022   **AUSA Signature:** *Rachel L. Rothberg*   may be continued on reverse

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. § 2252(a)(4) & (b)(2) | Possession of child pornography | 1 | Felony |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |