AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>KEVIN MCAVENIA<br><br>_Defendant_ | )<br>)<br>)<br>) Case No. 1:22-CR-86<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| | |
|---|---|
| Place: U. S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 700<br>Date and Time: 6/21/22 at 9:00am |

This offense is briefly described as follows:

Count 1: Receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2) & (b)(1)

Count 2: Transportation of child pornography, in violation of 18 U.S.C. § 2252(a)(1) & (b)(1)

Count 3: Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) & (b)(2)

Date: 06/08/2022

**COPY**

_Issuing officer's signature_

J. Lanham D. Clerk
_Printed name and title_

I declare under penalty of perjury that I have:

☐ Executed and returned this summons ☐ Returned this summons unexecuted

Date: _____

_Server's signature_

_Printed name and title_