# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: 06/21/22          Judge: Brinkema          Reporter: S. Austin
Time: 8:58am - 9:01am                            Interpreter:
                                                 Language:
                                                 Probation Email:
                                                 Jury Email:

## UNITED STATES OF AMERICA
v.

KEVIN MCAVENIA                                   1:22cr86
Defendant's Name                                 Case Number

Gawin Flynn, Jr.                                 Rachel Rothberg
**Counsel for Defendant:**                       **Counsel for Government**

**Matter called for:**
[X] Arraignment   [ ] Pre-Indictment Plea   [ ] Change of Plea   [ ] Motions
[ ] Sentencing    [ ] Revocation Hearing    [ ] Docket Call      [ ] Appeal (USMC)
[ ] Other _____
Deft appeared: [X] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel

**Filed in open court:**
[X] Discovery Order  [ ] Information  [ ] Plea Agreement  [ ] Statement of Facts  [ ] Waiver of Indictment

**Arraignment & Plea:**
[X] WFA   [ ] FA   [ ] PG   [X] PNG   **Trial by Jury:** [X] Demanded   [ ] Waived
[X] __14__ Days to file Motions with Argument on __08/02/22__ at __09:00am__
[ ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[ ] Plea accepted, **Guilty Count(s)** _____
[ ] Motion for Dismissal of Count(s) _____ by [ ] US [ ] Deft
[ ] Order entered in open court        [ ] Order to follow
[ ] Deft directed to USPO for PSI---  [ ] Deft directed to cooperate with USPO for PSI
[X] Case continued to: __08/15/22__ at __10:00am__ for: (1-2) days
[X] Jury Trial   [ ] Bench Trial   [ ] Sentencing   [ ] Status

**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted   [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits   [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds   [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
  Deft to report to pretrial after court

**Deft is:** [ ] In Custody  [ ] Summons Issued  [X] On Bond  [ ] Warrant Issued  [ ] 1st appearance

**Bond Set at:** $ _____  [ ] Unsecured  [ ] Surety  [ ] Personal Recognizance
[ ] Release Order Entered   [ ] Deft Remanded   [ ] Deft Released on Bond   [X] Deft Continued on Bond