AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>KEVIN MCAVENIA<br><br>_Defendant_ | )<br>)<br>)  Case No.  1:22-CR-86<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | U. S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 700 |
|---|---|---|
| | | Date and Time: 6/21/2022 at 9:00am |

This offense is briefly described as follows:

Count 1: Receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2) & (b)(1)

Count 2: Transportation of child pornography, in violation of 18 U.S.C. § 2252(a)(1) & (b)(1)

Count 3: Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) & (b)(2)

Date:  06/08/2022

_Issuing officer's signature_

J. Lanham, D. Clerk
_Printed name and title_

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 06/21/2022

_Server's signature_

_Printed name and title_

Case No. 1:22-CR-86

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender: KEVIN MCAVENIA

Last known residence: 2501 9th Road S., Apt. 309, Arlington, VA 22204

Usual place of abode *(if different from residence address):*

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

### PROOF OF SERVICE

This summons was received by me on *(date)* 06/09/2022.

☒ I personally served the summons on this defendant KEVIN MCAVENIA at *(place)* 401 Courthouse Sq on *(date)* 06/21/2022; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 06/21/2022

Server's signature

RUFENER Olsen
*Printed name and title*

Remarks: