# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: 07/28/22  Judge: Brinkema  Reporter: S. Austin
Time: 12:58pm - 1:32pm  Interpreter:
  Language:
  **Probation Email**: x
  **Jury Email**: x

## UNITED STATES OF AMERICA
v.

KEVIN MCAVENIA  1:22cr86
Defendant's Name  Case Number

Gawin Flynn, Jr.  Rachel Rothberg/Laura Withers
**Counsel for Defendant:**  **Counsel for Government**

**Matter called for:**
[ ] Arraignment  [ ] Pre-Indictment Plea  [X] Change of Plea  [ ] Motions
[ ] Sentencing  [ ] Revocation Hearing  [ ] Docket Call  [ ] Appeal (USMC)
[ ] Other _____

Deft appeared: [X] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel
**Filed in open court:**
[ ] Discovery Order  [ ] Information  [X] Plea Agreement  [X] Statement of Facts  [X] Forfeiture Order

**Arraignment & Plea:**
[ ] WFA  [ ] FA  [X] PG  [ ] PNG  **Trial by Jury:** [ ] Demanded  [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[X] Deft entered Plea of Guilty as to Count(s) 1, 3 of the [X] Indictment  --  [ ] Criminal Information
[X] Plea accepted, **Guilty Count(s)** 1, 3
[ ] Motion for Dismissal of Count(s) _____ by [ ] US  [ ] Deft
[ ] Order entered in open court  [ ] Order to follow
[X] Deft advised of appeal rights *
[ ] Deft directed to cooperate with USPO for PSI
[X] Deft directed to USPO for PSI--- [X] Deft directed to check in with Pretrial
[X] Case continued to: **10/25/2022** at **09:00am** for:
[ ] Jury Trial  [ ] Bench Trial  [X] Sentencing  [ ] Status

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits  [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds  [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
 Added condition: Deft is not permitted to view any kind of porn

**Deft is:** [ ] In Custody  [ ] Summons Issued  [X] On Bond  [ ] Warrant Issued  [ ] 1st appearance

**Bond Set at**: $ _____  [ ] Unsecured  [ ] Surety  [ ] Personal Recognizance
[ ] Release Order Entered  [ ] Deft Remanded  [ ] Deft Released on Bond  [X] Deft Continued on Bond
  (with add condition)