AO 442 (Rev. 01/09) Arrest Warrant

1141365 3

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

FILED
2022 SEP 27 A 11: 11

**UNDER SEAL**

United States of America
v.
Kevin Mcavenia
*Defendant*

)
)
)
)
)

Case No. 1:22-cr-86

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kevin Mcavenia,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:

See Attached Petition

Date: 9/23/2022

**Niambi Neblett** Digitally signed by Niambi Neblett
Date: 2022.09.23 15:23:09 -04'00'

*Issuing officer's signature*

City and state: Alexandria, VA

N. Neblett, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 09/23/2022, and the person was arrested on *(date)* 09/27/2022
at *(city and state)* TRENTON, NEW JERSEY.

Date: 09/27/2022

*Arresting officer's signature*

RUFENER  DUSM
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

*SIGNED FOR D/NJ - TRENTON