UNITED STATES DISTRICT COURT

FOR

THE EASTERN DISTRICT OF VIRGINIA

U.S.A. vs.  <u>Kevin James Mcavenia</u>                                    Docket No. <u>1:22CR00086-001</u>

**Addendum to
Petition on Pretrial Release
Filed September 23, 2022**

<u>VIOLATION</u>: The following violation is submitted for the Court's consideration.

**SPECIAL CONDITION:**          **REFRAIN FROM ANY VIEWING OF PORNOGRAPHY.**

On September 25, 2022, the defendant attempted to access Porn Hub on his device that is monitored by the U.S. Probation Office in direct violation of the condition that was added at the time of his plea that he not view any pornography.

ORDER OF COURT

Considered and ordered this _____ day of <u>September 2022</u>, that the petition previously issued be amended and that this Addendum be ordered filed and made part of the record in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>09/27/2022</u>

Kimberly Hess        Date: 2022.09.27 12:34:39 -04'00'

_____
**John F. Anderson
United States Magistrate Judge**

**Kimberly Hess
Supervising U.S. Probation Officer**
(703) 299-2261

Place <u>Alexandria, Virginia</u>

KMH/mbp

**TO CLERKS OFFICE**                                                                                   DF-69 (Rev. 05/11)