UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**MAGISTRATE JUDGE: <u>WILLIAM E. FITZPATRICK</u>**

UNITED STATES OF AMERICA         HEARING:  R5/PTV_____  CASE #:_22CR86_____

            -VS-                                  DATE:_10/12/22_ TIME:_2pm__

_____Kevin McAvenia_____        TYPE: <u>FTR RECORDER</u>      DEPUTY CLERK: <u>TINA FITZGERALD</u>

COUNSEL FOR THE UNITED STATES: _Rachel Rothberger_____

COUNSEL FOR THE DEFENDANT: _____w/o_____

( x ) DEFT APPEARED : (     ) W/COUNSEL   (    ) DUTY FPD PRESENT_____

( x ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(    ) DEFT INFORMED OF DUE PROCESS       (    ) ORDER SIGNED BY JUDGE

**(    )** COURT TO APPOINT COUNSEL_____         (    ) DFT. TO RETAIN COUNSEL

**(    )** GVT. CALL WITNESS & ADDUCES EVIDENCE

**(    )** EXHBIT #_____ADMITTED

**(    )** PROBABLE CAUSE: FOUND    **(   )**   NOT FOUND

(    ) PRELIMINARY HEARING WAIVED

**(    )** MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(    ) DEFT. ADMITS VIOLATION (     )DFT. DENIES VIOLATION (     )COURT FINDS DFT. IN VIOLATION

**MINUTES: Deft's attorney Rex Flynn (retained) not present. Matter is reset for tomorrow 10/13/22 @ 2pm so attorney can be present for hearing.**

**CONDITIONS OF RELEASE**:
($   ) UNSECURED ($   ) SECURED (    ) PTS **(    )** 3^RD PARTY (    ) TRAVEL RESTRICTED
(    ) APPROVED RESIDENCE (    ) SATT (    ) PAY COSTS (    ) ELECTRONIC MONITORING (    ) MENTAL HEALTH TEST/TREAT (    ) ROL (    ) NOT DRIVE (    ) FIREARM (    ) PASSPORT (    ) AVOID CONTACT

**( x ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS**
**(    ) DEFENDANT CONTINUED ON CONDITIONS OF SUPERVISED (    )PROBATION (    ) RELEASE (    ) BOND**

**NEXT COURT APPEARANCE:** _____ at _____Before_____
(    ) DH (    ) PH (    ) STATUS (    ) TRIAL (    ) JURY (    ) PLEA (    ) SENT (    ) PBV (    ) SRV (    ) R40 (    )ARR