UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:22-cr-86 (LMB) |
| ) | |
| KEVIN MCAVENIA ) | |
| ) | |
| Defendant ) | |

### TEMPORARY ORDER OF DETENTION

THIS MATTER came before the Court on October 12, 2022, for an initial appearance for an alleged violation of the terms of Defendant's release pending sentencing. Defendant appeared, however Defendant's counsel was not present due to a previously scheduled court hearing in another jurisdiction, and the Government was represented by Assistant United States Attorney Rachel Rothberg. Defendant was advised of the nature of the alleged violations and the matter was continued to the following day, October 13, 2022, in order for defense counsel to appear and at which time the Court would conduct a full detention hearing.

On October 13, 2022, prior to Court, the United States Marshal notified the Assistant United States Attorney that due to health concerns Defendant was placed in quarantine and would remain in quarantine through on or about October 23, 2022.

The undersigned magistrate judge convened a conference call with all counsel and instructed counsel to determine whether a detention hearing could be held via Zoom and, if not, then the Court would conduct a detention hearing on or after October 23, 2022, if requested by defense counsel.

For the reasons stated on the record during the October 12, 2022 initial appearance, the Court orders Defendant's temporary detention pending a full detention hearing.

Entered this 14th day of October 2022.

*William E. Fitzpatrick*
William E. Fitzpatrick
United States Magistrate Judge

Alexandria, Virginia