IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 1:22cr86 (LMB) |
| KEVIN MCAVENIA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Due to defendant being held in quarantine until on or about October 23, 2022 [Dkt. No. 44], as well a scheduling conflict, it is hereby

ORDERED that defendant's sentencing hearing be and is RESCHEDULED from Tuesday, October 25, 2022 to Tuesday, November 1, 2022 at 9:00 am.

The Clerk is directed to forward copies of this Order to counsel of record and to update the Court's calendar.

Entered this 17 day of October, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge