IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                           )<br>                                                                  )     1:22cr86 (LMB)<br>KEVIN MCAVENIA,                                 )<br>                                                                  )<br>            Defendant.                            ) | |

### ORDER

Defense counsel has requested a continuance of the sentencing hearing and has shown good cause for the relief requested. Accordingly, it is hereby

ORDERED that defendant's sentencing hearing be and is RESCHEDULED from Tuesday, November 1, 2022 to <u>Tuesday, November 8, 2022 at 9:00 am</u>.

The Clerk is directed to forward copies of this Order to counsel of record and to update the Court's calendar.

Entered this 28 day of October, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge