**SENTENCING HEARING**  Judge Leonie M. Brinkema
Date: 11/08/22  Reporter: R. Montgomery
Start: 9:30am  End: 10:03am

**UNITED STATES of AMERICA**  CASE NUMBER: 1:22cr86
Vs.

KEVIN MCAVENIA

Counsel/Govt.: Rachel Rothberg  Counsel/Deft.: Gawin Flynn, Jr.
Court adopts PSI [ ] without exceptions [ ] with the following exceptions: _____

**SENTENCING GUIDELINES:**  Upon Motion of [ ] Deft [ ] Govt
Offense Level: 32  Court depart from G/L pursuant to:
Criminal History: I  [ ] USSG 5K1.1
Imprisonment Range: 121 to 151 months  [ ] USSG 5C1.2
Supervised Release Range: 5 years to Life  [ ] USSG 5K2.12
Restitution: $_____  [ ] USSG 5H1.4
Fine Range: $ 35,000.00 to $ 250,000.00  [ ] _____
Special Assessment: $ 100.00 per Count

**JUDGMENT of the COURT:**
BOP for **84** months, each count, concurrent; with credit for time served
Supervised Release for **15** Years, each count; concurrent
Supervised Probation for _____ Years
Restitution: $ **To be determined** payable to _____
Fine: $ _____ [ ] Due Immediately [ ] Monthly payments of $ _____
to begin _____ days from imposition of sentence/release
Special Assessment: $ 200.00 [ ]Satisfied [x] Due immediately
Fine/Costs Waived [ ] Interest Waived [ ]

**SPECIAL CONDITIONS:**
___ Deft. to remain drug free, In/Out patient treatment as directed.
___ Deft to pay costs as able  ___ Deft to waive privacy
 x  Deft. to participate in mental health evaluation, treatment, medication,
_____ counseling as directed.
___ Deft to pay costs as able  ___ Deft to waive privacy
___ Pay Restitution of $ _____,[ ] Due Immediately [ ] Monthly
payments of $_____ to begin _____ days from release from custody.
___ Access to all financial information/records
___ No New Credit/No Purchases over $_____ without prior approval.
___ Seek and maintain full time employment  ___ Full-time education program
___ Drug Testing Waived
___ Other: _____

**RECOMMENDATION TO BOP:**
 x  Deft. to be designated to a Facility as close to New Jersey as possible.
___ Residential Drug Abuse Treatment Program (RDAP)

Defendant: [x] Remanded [ ] Self Surrender/Bond cont.

Deft has reviewed pgs 22-24 of psr with counsel

Court finds deft has violated conditions of pretrial release.

Deft advised of appeal rights

Restitution hearing set for 12/06/22 at 9:00am