

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-CR-86 |
| v. | The Honorable Leonie M. Brinkema |
| KEVIN MCAVENIA, | Sentencing: November 8, 2022 |
| *Defendant.* | |

## MOTION TO DISMISS COUNT TWO

The United States, through its attorneys, Jessica D. Aber, United States Attorney, and Rachel L. Rothberg, Special Assistant United States Attorney, hereby moves this Court to dismiss Count Two of the Indictment in the above-captioned case as to this defendant only pursuant to the Plea Agreement, ECF No. 33, at 6.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: November 8, 2022     By: *Rachel L. Rothberg*
Rachel L. Rothberg
Special Assistant United States Attorney (LT)