IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT
NOV - 8 2022
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN MCAVENIA,<br><br>*Defendant.* | Case No. 1:22-CR-86<br><br>The Honorable Leonie M. Brinkema<br><br>Sentencing: November 8, 2022 |

## ORDER

Upon Motion of the United States to Dismiss Count Two of the Indictment in the above-captioned case, it is hereby

ORDERED that Count Two of the Indictment in the above-captioned case is dismissed as to this defendant only.

Date: November 8, 2022
Alexandria, Virginia

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge

2