IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:22-CR-86 |
| | ) | |
| KEVIN MCAVENIA, | ) | The Honorable Leonie M. Brinkema |
| | ) | |
| | ) | Hearing: December 6, 2022 |
| *Defendant*. | ) | |
| | ) | |

## UNITED STATES' MOTION FOR ENTRY OF RESTITUTION ORDER

On July 28, 2022, the defendant, Kevin McAvenia, pleaded guilty to one count of receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), and one count of possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2). *See* Dkt. Nos. 32-35. The defendant agreed, as part of his written plea agreement, to entry of a Restitution Order for the full amount of the victims' losses. *See* Dkt. No. 33, at 7-8. The defendant was sentenced by this Court on November 8, 2022, at which time the Court deferred the determination and imposition of restitution pursuant to 18 U.S.C. § 3664(d)(5). *See* Dkt. No. 52. A restitution hearing is set for December 6, 2022. *Id.*

The parties have conferred and reviewed relevant documentation, and jointly agree that the attached Restitution Order would be appropriately entered in this matter pursuant to *Paroline v. United States*, 572 U.S. 434 (2014) and 18 U.S.C. § 2259.

Accordingly, the United States respectfully requests that the Court enter the proposed order.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: November 29, 2022

_____/s/_____
Rachel L. Rothberg
Special Assistant United States Attorney
(LT)
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3700
Email:  Rachel.Rothberg2@usdoj.gov