IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA            )<br>                                                           )<br>        v.                                             )        Criminal No. 1:22CR086<br>                                                           )<br>KEVIN MCAVENIA,                       )<br>                                                           )<br>                                                           )<br>        *Defendant*.                           )<br>_____)| |

## RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 2259, the defendant is ordered to pay restitution in the amount of **$5,000.00.**

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The Clerk of Court shall forward all restitution payments to: Carol L. Hepburn, In Trust for Lily, P.O. Box 17718, Seattle, WA 98127.

4. Interest is waived.

5. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6. If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7. If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $200 per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, VA 22314.

9. Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

_____
Honorable Leonie M. Brinkema
United States District Judge

ENTERED this \_\_\_\_\_ day of \_\_\_\_\_, 2022.

at Alexandria, Virginia

WE ASK FOR THIS:

Jessica D. Aber
United States Attorney

*Rachel L. Rothberg*
Rachel L. Rothberg
Special Assistant United States Attorney
(LT)

[signature]
Gavin Flynn, Jr.
Counsel for Defendant