AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cr-86 |
| Kevin McAvenia | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 01/04/2023

/s/ Annie Zanobini
*Attorney's signature*

Annie Zanobini  (California 321324)
*Printed name and bar number*

United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

Annie.Zanobini2@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3980
*FAX number*