IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:22-cr-86 |
| | ) | |
| KEVIN MCAVENIA, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF PUBLICATION AND
FINALITY OF CONSENT ORDER OF FORFEITURE**

NOW COMES the United States and represents as follows:

WHEREAS, on July 28, 2022, this Court entered Consent Order of Forfeiture (Document 35) as to defendant Kevin McAvenia, ordering the forfeiture of the following property:

a. **Lenovo Thinkpad X1 laptop computer (S/N: PF-27XCXY);**

b. **Intel Processor desktop computer (S/N: BTHN02300729); and**

c. **Synology Network Attached Storage device (S/N: 2140RLRM5QNT).**

AND WHEREAS the United States published on an official government website (www.forfeiture.gov) for thirty (30) consecutive days, beginning on August 11, 2022, and ending on September 9, 2022, as required by Federal Rule of Criminal Procedure 32.2(b)(6) and evidenced by the attached Declaration and Advertisement, notice of this forfeiture action and the intention of the United States to dispose of the property in accordance with the law and as specified in the Consent Order of Forfeiture, and further notified all third parties, if any, of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their legal interest in the property;

AND WHEREAS no petitions asserting an interest in the forfeited property have been filed and the time for doing so has expired;

AND WHEREAS the Consent Order of Forfeiture provides that it will become the final order of forfeiture in the absence of any third party claims, as provided by Fed. R. Crim. P. 32.2(c)(2);

It appears that all right, title, and interest in the subject property has been forfeited to the United States of America in accordance with the Consent Order of Forfeiture, and may be disposed of according to law.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:        /s/Annie Zanobini
Annie Zanobini
Assistant United States Attorney
California State Bar No. 321324
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA 22314
Office Number: (703) 299-3700
Facsimile Number: (703) 299-3982
Email Address: Annie.Zanobini2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on the 4th day of January 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record.

By:       /s/Annie Zanobini
Annie Zanobini
Assistant United States Attorney
California State Bar No. 321324
Attorney for the United States
2100 Jamieson Avenue
Alexandria, VA 22314
Office Number: (703) 299-3700
Facsimile Number: (703) 299-3982
Email Address:  Annie.Zanobini2@usdoj.gov